IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>    v.<br><br>BYONG YOON,<br><br>    Defendant. | Case No.: 14-cv-4544-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

Plaintiff filed this Americans With Disabilities Act ("ADA") access case in October 2014. Since that time, no substantive activity appears on the docket. Accordingly, Plaintiff is directed to provide the Court with a written update on the status of the case on or before May 8, 2015.

**IT IS SO ORDERED.**

Dated: April 22, 2015

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE