UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>        Plaintiff,<br><br>    v.<br><br>BYONG YOON, et al.,<br><br>        Defendants. | Case No. 14-cv-04544-JSC<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS UPDATE** |

On May 8, 2015, Plaintiff filed a status update in response to an order from the Court. Plaintiff wrote:

> Plaintiff has not attempted to contact defendant regarding the need for defendant to respond to the summons and complaint, but will do so in the upcoming weeks. If plaintiff is unsuccessful, plaintiff intends to file a request for entry of default against defendant.

(Dkt. No. 11.) Plaintiff also represented that he was attempting to determine the identity of the owner of the property at issue. (*Id.*). As of the date of this Order, there has been no activity on the docket since the status update.

Accordingly, Plaintiff shall file a further status update on or before September 1, 2015. Plaintiff may be waiting to pursue default against the served party until an amended complaint, if any, is filed and served. If that is the case, Plaintiff must also file an amended complaint by September 1, 2015 naming the new defendant. The Court gives Plaintiff leave to do so. *See* Fed. R. Civ. P. 15(a)(2). If Plaintiff does not intend to amend the complaint to add the property owner as a defendant, he shall file an application for entry of default of the served defendant by September 1, 2015. Regardless of what procedure Plaintiff chooses to follow, he shall file the further status update.

**IT IS SO ORDERED.**

Dated: July 31, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge